United States District Court
Southern District of Texas
**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YENELA WILSON OJEDA, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-04422 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, Respondent. | § | |

# ORDER

Petitioner Yenela Wilson Ojeda filed a *pro se* petition for writ of *habeas corpus* on June 4, 2026. Dkt 1. She filed a supplemental pleading on June 29, 2026. Dkt 7.

She asserts that order for her removal from the United States became final on June 5, 2024. Id at 1. She alleges that has been detained pursuant to that order under 8 USC §1231 since January 16, 2026. Id at 2. She thus contends that she has been detained for more than six months, that her removal is not reasonably foreseeable, and that she is therefore entitled to immediate release under *Zadvydas v Davis*, 533 US 678 (2001).

Prior order required the Government to show cause with a filing establishing the propriety of Petitioner's continued detention. Dkt 8. However, the response by the Government addresses the propriety of detention under 8 USC §1225(b)(2)(A) rather than §1231. Dkt 9.

The Government is again ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention **under 8 USC §1231**.

Such filing must be made by **July 21, 2026**.

The failure to timely respond will result in an order granting Petitioner's requested relief.

SO ORDERED.

Signed on July 16, 2026, at Houston, Texas.



Honorable Charles Eskridge
United States District Judge